FILED

06/08/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0251

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0251

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ROBERT RONALD BRADY,

Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until July 14, 2023, to prepare, file, and serve the Appellant's opening brief.